FILED
CHARLOTTE, NC

MAY 22 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25 cr 131-KDB |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO SEAL INDICTMENT** |
| XANA DAYANAE DOVE | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 22nd day of May 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

DANA WASHINTGON
ASSISTANT UNITED STATES ATTORNEY