"UNDER SEAL"

FILED
CHARLOTTE, NC
MAY 22 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>XANA DAYANAE DOVE | DOCKET NO. 3:25cr131-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 922 (a)(6)<br>18 U.S.C. § 924 (a)(1)(A) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(False Statement During Purchase of a Firearm)*

On or about May 25, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**XANA DAYANAE DOVE,**

in connection with the acquisition of a firearm, that is a Springfield Hellcat Pro, 9mm pistol, from Shooters Express, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Shooters Express, which statement was intended and likely to deceive Shooters Express, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that she was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact, as the defendant then knew, she was not the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT TWO**
*(Causing a False Report During Firearm Purchase)*

On or about May 25, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**XANA DAYANAE DOVE,**

in connection with the acquisition of a firearm, that is, a Springfield Hellcat Pro, 9mm pistol, from Shooters Express, a federally-licensed firearms dealer in Belmont, North Carolina, licensed under Chapter 44 of Title 18, United States Code, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 to be kept in the records of Shooters Express, in that the defendant certified on ATF Form 4473 that she was the actual buyer of the firearm, when as the defendant knew, this statement was false and fictitious.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendants to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. One Springfield Hellcat Pro, 9mm pistol.

A TRUE BILL:

____________________________

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY