Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** (•) YES ( ) NO

**DOCKET NUMBER:** 3:25-CR- 131-KDB

*If case is to be sealed, a Motion to Seal and proposed Order* ***must*** *be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | **:US** vs | Xana Dayanae Dove |
| **COUNTY OF OFFENSE** | : | Gaston County |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | Arrest Warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ( ) Petty ( ) Misdemeanor (•) Felony

18:922(a)(6) and 924(a)(2); 18:924(a)(1)(A)

**JUVENILE:** ( ) Yes (•) No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | Dana Washington |
| **VICTIM/WITNESS COORDINATORS:** | | N/A |

| | | |
|---|---|---|
| **INTERPRETER NEEDED** | : | |
| **LIST LANGUAGE AND/OR DIALECT:** | | |

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)