# MINIMUM / MAXIMUM PENALTY FORM

**UNITED STATES ATTORNEY'S OFFICE**
**WESTERN DISTRICT OF NORTH CAROLINA**

United States v. Xana Dayanae Dove

Case Number: 3:25-CR- 131-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| One | 18:922(a)(6) and 924(a)(2) | Not more than 10 years' imprisonment | A fine not to exceed $250,000, or both fine and imprisonment; Not more than 3 years' supervised release; Not more than 2 years' imprisonment upon revocation of supervised release; $100 special assessment; Restitution, if applicable. |
| Two | 18:924(a)(1)(A) | Not more than 5 years' imprisonment | A fine not to exceed $250,000, or both fine and imprisonment; Not more than 3 years' supervised release; Not more than 2 years' imprisonment upon revocation of supervised release; $100 special assessment; Restitution, if applicable. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO

* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO

* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO

* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE