FILED
Charlotte
May 30 2025
U.S. District Court
Western District of N.C.



# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

United States of America
v.

Xana Dayanae Dove

*Defendant*

Case No. 3:25-CR- 131-KDB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Xana Dayanae Dove ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count One: Violation of 18 U.S.C. § 922(a)(6) and 924(a)(2)
Count Two: Violation of 18 U.S.C. § 924(a)(1)(A)

Date: 05/22/2025

[signature]
*Issuing officer's signature*

City and state: Charlotte, North Carolina

Katherine Simon, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/27/25 , and the person was arrested on *(date)* 5/29/25
at *(city and state)* Charlotte, NC .

Date: 5/30/25

[signature]
*Arresting officer's signature*

Tristan Dorty, FBI
*Printed name and title*