UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XANA DAYANAE DOVE | ) ) ) ) ) ) | DOCKET NO. 3:25-CR-131-KDB<br><br>**FACTUAL BASIS** |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On May 25, 2023, the defendant purchased a Springfield Hellcat Pro, 9mm pistol from Shooters Express, located at 2 Caldwell Drive, in Belmont, North Carolina, within the Western District of North Carolina.

2. Shooters Express is a federally licensed firearms dealer licensed pursuant to Chapter 44 of Title 18, United States Code.

3. In completing the purchase, XANA DAYANAE DOVE made a false and fictitious written statement as to a fact material as to the sale of the firearm, in that she executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record indicating that she was the actual transferee/buyer of the firearm.

4. XANA DAYANAE DOVE knew at the time that she executed ATF Form 4473 that she was not the actual transferee/buyer of the firearm and was instead purchasing the firearm for another individual.

5. XANA DAYANAE DOVE made the false statement intending and knowing that it was likely to deceive Shooters Express as to the identity of the actual transferee/buyer.

6. These actions all occurred in Gaston County North Carolina, within the Western District of North Carolina.

RUSS FERGUSON
UNITED STATES ATTORNEY

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

H. Rob Heroy, Attorney for Defendant

DATED: 9/22/25